**Motion Granted; Reinstated; Appeal Dismissed and Memorandum Opinion filed March 13, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00898-CV

---

**GARY NEUS, LIQUIDATING TRUSTEE OF THE TRANSMERIDIAN EXPLORATION LIQUIDATING TRUST, Appellant**

**V.**

**DINGO DRILLING, INC. AND MIKE HUSSER, INDIVIDUALLY AND D/B/A OILFIELD TOOLS.NET, Appellees**

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2010-68079**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed September 13, 2013. On February 20, 2014, this court abated the appeal so that the parties could complete the terms of a settlement agreement. On March 5, 2014, the parties filed a joint

motion to dismiss the appeal with prejudice pursuant to their settlement agreement. *See* Tex. R. App. P. 42.1. We reinstate the appeal and grant the motion.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Wise.